# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

DOUGLAS HOUSE,

        Plaintiff,

v.                          Case No. 8:22-cv-1261-JRK

KILOLO KIJAKAZI,
Acting Commissioner of Social
Security,

        Defendant.
_____/

## O R D E R [1]

This cause is before the Court on Defendant's Unopposed Motion for Entry of Judgment with Remand (Doc. No. 26; "Motion"), filed December 15, 2022, that seeks to have this matter reversed and remanded to the Social Security Administration for further administrative proceedings. Motion at 1-2. Plaintiff has no objection to the Motion, see id. at 1, and such a disposition is clearly within the Court's authority, see Shalala v. Schaefer, 509 U.S. 292 (1993). Accordingly, it is

**ORDERED:**

1. Defendant's Unopposed Motion for Entry of Judgment with Remand (Doc. No. 26) is **GRANTED**.

---

[1] The parties consented to the exercise of jurisdiction by a United States Magistrate Judge. See Notice, Consent, and Reference of a Civil Action to a Magistrate Judge (Doc. No. 13), filed August 3, 2022; Reference Order (Doc. No. 16), entered August 4, 2022.

2. The Clerk of Court is directed to enter judgment **REVERSING AND REMANDING** this case pursuant to sentence four of 42 U.S.C. § 405(g) with the following instructions:

> Upon receipt of the court order, the agency will give further consideration to the prior administrative medical findings of Julie Bruno, Psy.D.

3. The Clerk is further directed to close the file.

**DONE AND ORDERED** in Jacksonville, Florida on December 16, 2022.

*James R. Klindt*
JAMES R. KLINDT
United States Magistrate Judge

kaw
Copies:
Counsel of Record