UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DOUGLAS HOUSE,

      Plaintiff,

v.   Case No. 8:22-cv-1261-JRK

KILOLO KIJAKAZI,
Acting Commissioner of Social
Security,

      Defendant.
_____/

# ORDER

This cause is before the Court on Plaintiff's Consent Motion and Petition for Attorney's Fees Under the Equal Access to Justice Act ("EAJA"), 28 U.S.C.A. Section 2412(d) (Doc. No. 29; "Petition"), filed December 20, 2022. In the Petition, Plaintiff's counsel seeks an award of attorney's fees pursuant to the EAJA in the amount of $6,830.76. Petition at 1, 3, 6. Plaintiff represents that Defendant does not oppose the relief requested. Id. at 1, 6.

Plaintiff's counsel indicates a total of 31.4 hours were expended in the representation of Plaintiff before the Court. Id. at 1, 2-3. Plaintiff requests an hourly rate of $217.54. Id. at 1, 3, 5, 6. Plaintiff is seeking a higher hourly rate than the $125 specified by statute based on the increase in the cost of living since 1996, when the attorney's fee rate was last adjusted by Congress. See 28

U.S.C. § 2412(d)(2)(A) (permitting fee awards at rates higher than $125 per hour upon the Court's determination that cost of living has increased). Having examined the Consumer Price Index and the representations made in the Petition, the Court concludes an increase in inflation does justify a proportionate increase in attorney's fees.[1]

Plaintiff has assigned his rights to any entitlement of attorney's fees due under the EAJA to his counsel. See Petition at 7, Ex. 1 (Plaintiff's Affidavit and Assignment of Fee). Regarding the assignment, Plaintiff represents the following:

> [F]ollowing an order by the Court awarding an EAJA fee to the Plaintiff, Defendant will then, as a courtesy to Plaintiff's attorney, verify whether Plaintiff owes a debt to the United States that is subject to offset. If there is no such debt, payment will be made payable to Plaintiff's attorney. Plaintiff does not object to this policy.

Id. at 7.

In light of the foregoing, it is

**ORDERED**:

---

[1] See U.S. Dep't of Labor, Inflation Calculator, http://data.bls.gov/cgi-bin/cpicalc.pl (last visited December 22, 2022). In computing the hourly rate adjustment for the cost of living increase, the Consumer Price Index is generally used for the year in which the services were performed. See Masonry Masters, Inc. v. Nelson, 105 F.3d 708, 710-13 (D.C. Cir. 1997); see also Gates v. Barnhart, No. 5:01-cv-148-GRJ, 2002 WL 1452232, at *3 (M.D. Fla. June 25, 2002) (unpublished).

1. Plaintiff's Consent Motion and Petition for Attorney's Fees Under the Equal Access to Justice Act, 28 U.S.C.A. Section 2412(d) (Doc. No. 29) is **GRANTED**.

2. The Clerk of Court is directed to enter judgment in favor of Plaintiff and against Defendant for attorney's fees in the amount of $6,830.76 pursuant to 28 U.S.C. § 2412(d).

3. The Commissioner may exercise the discretion to honor Plaintiff's assignment of fees to counsel if the U.S. Department of Treasury determines that Plaintiff does not owe a debt to the U.S. Government.

**DONE AND ORDERED** in Jacksonville, Florida on December 22, 2022.

JAMES R. KLINDT<br>
United States Magistrate Judge

kaw
Copies:
Counsel of Record

3